Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL R. PENA, an individual;<br><br>                                Plaintiff,<br><br>   v.<br><br>US COMMUNITY CREDIT UNION, a foreign nonprofit corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC; a foreign limited-liability company;<br><br>                                Defendants. | Case No.: 2:21-cv-00699-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Paul R. Pena ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

1  under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys'

2  fees and costs incurred in this action.

3  Respectfully Submitted.

Dated: October 27, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 27, 2021

**NAYLOR & BRASTER**

*/s/ Benjamin B. Gordon*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
bgordon@nblawnv.com

**JONES DAY**

*/s/ Katherine A. Neben*
Katherine A. Neben, Esq.
Nevada Bar No. 14590
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
*Attorneys for Defendant Experian
Information Solutions, Inc.*

Dated: October 27, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
etijerina@qslwm.com
*Attorney for Defendant Trans Union LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2021