Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL R. PENA, an individual;<br><br>                Plaintiff,<br><br>v.<br><br>US COMMUNITY CREDIT UNION, a foreign nonprofit corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC; a foreign limited-liability company;<br><br>                Defendants. | Case No.: 2:21-cv-00699-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

       Plaintiff, Paul R. Pena ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

       Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 22, 2021

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: November 22, 2021

**NAYLOR & BRASTER**

*/s/ Benjamin B. Gordon*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
bgordon@nblawnv.com

**JONES DAY**

*/s/ Katherine A. Neben*
Katherine A. Neben, Esq.
Nevada Bar No. 14590
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
***Attorneys for Defendant Experian***
***Information Solutions, Inc.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 30, 2021